# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

April 29, 2019

**Via Electronic Filing**
The Honorable Judge Vernon S. Broderick
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

Re:  Ocampo Vazquez et al v. Pirgos Food Corp. et al
     Index No. 19-cv-00530-VSB

Dear Honorable Judge Broderick:

We represent Plaintiffs in the above-referenced matter. We write to advise Your Honor that due to a family emergency, Plaintiff did not make it to the mediation session. Defense counsel represented that Defendants are not interested in scheduling a mediation session. Therefore, we respectfully request an initial conference be scheduled at Your Honor's convenience.

Respectfully Submitted,

s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Email: Gnaydenskiy@faillacelaw.com
*Attorneys for Plaintiffs*

Having reviewed the parties' positions, this matter is hereby withdrawn from mediation. An Order scheduling an initial pretrial conference will be entered separately.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK  4/30/2019
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*